**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)

OK/HAV

Attorney for Defendant
Robbie Donnell

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-04-114-DFL |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE SENTENCING HEARING** |
| Robbie Donnell, | |
| Defendant | |

**GOOD CAUSE APPEARING,** it is hereby **ORDERED** that the date for the Sentencing hearing currently scheduled on May 26, 2005 is hereby continued to July 7, 2005 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 5/19/2005

/s/ David F. Levi
**David F. Levi**
Chief United States District Court Judge

- 1 -