| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:04-CR-0114-01 DLJ |
| v. | ) | |
| | ) | |
| ROBBIE MAURICE DONNELL, | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                                ( ) Ad Testificandum

Name of Detainee:               ROBBIE MAURICE DONNELL, F-90178
Detained at (custodian):       Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, CA 95327
Detainee is:         a.)     (X) charged in this district by:   Petition for Warrant for Offender Under Supervision
                                            charging detainee with: violation of supervised release
         or       b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:       a.)     ( ) return to the custody of detaining facility upon termination of proceedings
         or       b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence
                                         is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

|   |   |
|---|---|
| Signature: | /s/ SAMANTHA S. SPANGLER |
| Printed Name & Phone No: | SAMANTHA S. SPANGLER, AUSA |
|  | Telephone: (916) 554-2792 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                                ( ) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: December 26, 2007

                                                                    HON. EDMUND F. BRENNAN
                                                                    United States Magistrate Judge

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Male   Male |
| Booking or CDC #: | F-90178 | DOB: 1973 |
| Facility Address: | Sierra Conservation Center | Race: |
| | 5100 O'Byrnes Ferry Road, Jamestown, CA 95327 | FBI #: 838405PA9 |
| Facility Phone: | _____ | |
| Currently Incarcerated For: | _____ | |

___

### RETURN OF SERVICE

Executed on     _____       By: _____
                                                                                             (Signature)