**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Robbie Donnell

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  <br>   Plaintiff,  <br>   vs.  <br>Robbie Donnell  <br>   Defendant | Case No.: Cr.S-04-114- DLJ  <br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**  <br><br>DATE: January 29, 2008  <br>TIME: 10:00 a.m.  <br>JUDGE: Hon. D. Lowell Jensen |

## STIPULATION

Counsel for the Defendant Robbie Donnell needs some additional time for ongoing psychological investigation and to obtain additional information from the Defendant. Therefore, counsel for both parties agree that the Status Conference set for January 29, 2008 should be continued to March 11, 2008 at 10:00 a.m. The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

///

///

///

- 1 -

**IT IS SO STIPULATED.**

DATED:        January 24, 2008                    McGREGOR W. SCOTT
                                                  United States Attorney


                                         by    /s/ Samantha Spangler
                                               Samantha Spangler
                                               Assistant U.S. Attorney
                                               by Jan David Karowsky


DATED:        January 24, 2008                    JAN DAVID KAROWSKY
                                                  Attorney at Law
                                                  A Professional Corporation


                                         by    /s/ Jan David Karowsky
                                               JAN DAVID KAROWSKY
                                               Attorney for Defendant
                                               Robbie Donnell


## **ORDER**

Good cause appearing, the status conference scheduled for January 29, 2008, is continued to March 11, 2008, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 24, 2008

D. Lowell Jensen
Judge
United States District Court

- 2 -