**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Robbie Donnell

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-04-114- DLJ |
| Plaintiff, | **ORDER TO CONTINUE DISPOSITION DATE** |
| vs. | |
| Robbie Donnell | DATE:  April 1, 2008 |
| Defendant | TIME:  9:00 a.m. |
| | JUDGE: Hon. D. Lowell Jensen |

### ORDER

Good cause appearing, the date for disposition in this matter, currently, scheduled for April 1, 2008, is continued to May 13, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 03/31/2008        /s/ D. Lowell Jensen
                         D. Lowell Jensen
                         Judge
                         United States District Court

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com