**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)
Email:  KarowskyLaw@sbcglobal.net

Attorney for Defendant
Robbie Donnell

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:04-cr-114-JAM |
| Plaintiff, | ) |
| vs. | ) **ORDER TO COMMIT DEFENDANT FOR**<br>) **DIAGNOSTIC STUDY PURSUANT TO 18**<br>) **USC § 3552(b)** |
| Robbie Donnell, | ) |
| Defendant | ) **Date**:   May 13, 2008<br>) **Time**:   9:00 a.m.<br>) **Judge**:  Hon. John A. Mendez |

_____

## ORDER

Good cause appearing, the following is hereby ordered:

Defendant Robbie Donnell is hereby committed to the Bureau of Prisons for sixty days pursuant to 18 USC § 3552(b), for a diagnostic study for the express purpose of seeking the opinion of the Bureau of Prisons on the following:

1) the types of treatment appropriate for Mr. Donnell's needs in light of the present evaluation of Dr. Froming;

2) the availability of such treatment in the Bureau of Prisons;

3) the location of those services within the Bureau of Prisons; and

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

4) the length of imprisonment necessary to effect the treatment of Mr. Donnell.

**IT IS SO ORDERED**

DATED:   May 9, 2008

/s/ John A. Mendez
**Hon. John A. Mendez**
Judge, United States District Court

PDF created with pdfFactory trial version www.pdffactory.com