**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Robbie Donnell

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Robbie Donnell<br><br>　　　　Defendant | Case No.: Cr.S-04-114--JAM<br><br>**ORDER TO SET CASE ON CALENDAR FOR SENTENCING**<br><br>DATE:　April 7, 2009<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. John A. Mendez |

**GOOD CAUSE APPEARING**, the above-captioned matter is set for sentencing or replacement of counsel on April 7, 2009 at 9:30 a.m.

**IT IS SO ORDERED**

Dated: March 19, 2009　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　John A. Mendez
　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　United States District Court

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com