**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Robbie Donnell

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-04-114-JAM |
| Plaintiff, | **RELEASE ORDER** |
| vs. | **JUDGE: Hon. John A. Mendez** |
| Robbie Donnell | |
| Defendant | |

### ORDER

**Good Cause Appearing, IT IS HEREBY ORDERED** that on April 29, 2009, defendant, Robbie Donnell, shall be released to the custody of the U. S. Marshal, Eastern District of California, who shall hold the defendant to be forthwith released to his attorney, Jan Karowsky, who is hereby ordered to forthwith deliver the defendant to the Salvation Army Adult Rehabilitation Program in Sacramento for defendant to participate in that in-patient program.

**IT IS SO ORDERED.**

Dated: April 28, 2009          /s/ John A. Mendez
                               John A. Mendez
                               Judge, United States District Court

PDF created with pdfFactory trial version www.pdffactory.com